**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000370
07-MAY-2024
07:52 AM
Dkt. 162 ODMR**

NO. CAAP-20-0000370

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRYAN SUITT, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1PR161000011)

**ORDER**
(By: Leonard, Acting Chief Judge and Hiraoka, J.
and DeWeese, Third Circuit Court J. (in place of Wadsworth,
Nakasone, McCullen and Guidry, JJ., recused))

Upon review of Bryan **Suitt**'s **Letter** dated April 26, 2024, tendered to Saguaro Correctional Center officials on April 28, 2024, and received by the supreme court clerk's office and filed on May 3, 2024, and the record, it appears that:

1.    The Letter requests reconsideration of our April 23, 2024 **Order** granting "Respondent-Appellee State of Hawaii's Motion to Dismiss Claims Against the Hawai'i Paroling Authority in this Appeal as Moot";

2.    Suite's counsel filed a motion for reconsideration of the Order on April 29, 2024;

3.    We entered an order denying reconsideration on May 3, 2024; and

4.    "Only one motion for reconsideration may be filed by any party," Hawai'i Rules of Appellate Procedure Rule 40(e).

Therefore, IT IS HEREBY ORDERED that Suitt's letter request for reconsideration is denied.  Our April 23, 2024 Order dismissed only Suitt's appeal from the circuit court's denial of Ground 54 of Suitt's Hawaiʻi Rules of Penal Procedure Rule 40 petition, involving the Hawaiʻi Paroling Authority; the other issues remain pending in this appeal.

DATED: Honolulu, Hawaiʻi, May 7, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Wendy M. DeWeese
Third Circuit Court Judge